1 | JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
2 | MORRISON & FOERSTER LLP
425 Market Street
3 | San Francisco, California  94105-2482
Telephone:   (415) 268-7000
4 | Facsimile:   (415) 268-7522

5 | *Attorneys for Plaintiff*
EQUINOX HOTEL MANAGEMENT INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| EQUINOX HOTEL MANAGEMENT INC., | Case No. |
|---|---|
| Plaintiff, | **PLAINTIFF EQUINOX HOTEL MANAGEMENT INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| EQUINOX HOLDINGS INC., | |
| Defendant. | **[CIV.L.R. 3-15]** |
| | **TRIAL BY JURY DEMANDED** |

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
sf-3837705

1    Plaintiff Equinox Hotel Management Inc., hereby submits the following Certification of
2 Interested Entities or Persons pursuant to Civil Local Rule 3-15, in order to identify any entities
3 or persons, other than the named party, who have a financial interest in the subject matter in
4 controversy or in a party to the proceeding, or any other kind of interest that could be
5 substantially affected by the outcome of the proceeding.
6    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this this date, other
7 than the named party, there is no such interest to report.

9 Dated: November 1, 2017                    JENNIFER LEE TAYLOR
                                             MORRISON & FOERSTER LLP

12                                           By: _____
                                                 JENNIFER LEE TAYLOR

                                             Attorneys for Plaintiff
                                             EQUINOX HOTEL MANAGEMENT
                                             INC.