1  JENNIFER LEE TAYLOR (SBN 161368)
   JTaylor@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone:   (415) 268-7000
4  Facsimile:    (415) 268-7522

5  *Attorneys for Plaintiff*
   EQUINOX HOTEL MANAGEMENT INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| EQUINOX HOTEL MANAGEMENT INC., | Case No. |
|---|---|
| Plaintiff, | **PLAINTIFF EQUINOX HOTEL MANAGEMENT INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| EQUINOX HOLDINGS INC., | |
| Defendant. | **[CIV.L.R. 3-15]** |
| | **TRIAL BY JURY DEMANDED** |

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
sf-3837705

Plaintiff Equinox Hotel Management Inc., hereby submits the following Certification of Interested Entities or Persons pursuant to Civil Local Rule 3-15, in order to identify any entities or persons, other than the named party, who have a financial interest in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this this date, other than the named party, there is no such interest to report.

Dated: November 1, 2017                JENNIFER LEE TAYLOR
                                       MORRISON & FOERSTER LLP


                                       By:   *s/ Jennifer Lee Taylor*
                                             JENNIFER LEE TAYLOR

                                       Attorneys for Plaintiff
                                       EQUINOX HOTEL MANAGEMENT INC.