JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Plaintiff*
EQUINOX HOTEL MANAGEMENT INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINOX HOTEL MANAGEMENT INC.,<br><br>Plaintiff,<br><br>v.<br><br>EQUINOX HOLDINGS INC.,<br><br>Defendant. | Case No.   17-cv-06393-LB<br><br>**PLAINTIFF EQUINOX HOTEL MANAGEMENT INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636(c), Plaintiff Equinox Hotel Management Inc. hereby declines to have a United States magistrate judge conduct all proceedings in this case, and hereby request that this case be reassigned to a judge appointed under Article III of the U.S. Constitution.

Dated: November 13, 2017         JENNIFER LEE TAYLOR
                                 MORRISON & FOERSTER LLP

                        By:  /s/ *Jennifer Lee Taylor*
                             JENNIFER LEE TAYLOR

                             *Attorneys for Plaintiff*
                             EQUINOX HOTEL MANAGEMENT INC.

PLAINTIFF DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
CASE NO. 17-CV-06393 LB
sf-3840969

1