| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (SBN 161368) |
| | JTaylor@mofo.com |
| 2 | AMANDA D. PHILLIPS (SBN 305614) |
| | APhillips@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone:   (415) 268-7000 |
| 5 | Facsimile:    (415) 268-7522 |

*Attorneys for Plaintiff*
EQUINOX HOTEL MANAGEMENT INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUINOX HOTEL MANAGEMENT INC., | Case No. 3:17-cv-06393-YGR |
| Plaintiff, | **NOTICE OF APPEARANCE OF AMANDA D. PHILLIPS** |
| vs. | |
| EQUINOX HOLDINGS INC., | |
| Defendant. | |

1

CASE NO. 3:17-CV-06393-YGR
NOTICE OF APPEARANCE OF AMANDA D. PHILLIPS

sf-3840966

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Amanda D. Phillips of the firm Morrison & Foerster LLP, as counsel of record for and on behalf of Plaintiff Equinox Hotel Management Inc. in the above-referenced action. The Court is respectfully requested to add Amanda D. Phillips to the service list for this action, and to send copies of all pleadings and notices to the following address:

> Amanda D. Phillips
> **Morrison & Foerster LLP**
> 425 Market Street
> San Francisco, CA 94105
> APhillips@mofo.com

Amanda D. Phillips is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court of the Northern District of California.

Dated: November 20, 2017

JENNIFER LEE TAYLOR
AMANDA D. PHILLIPS
MORRISON & FOERSTER LLP

By:  */s/ Amanda D. Phillips*
AMANDA D. PHILLIPS

*Attorneys for Plaintiff*
EQUINOX HOTEL MANAGEMENT INC.

2

CASE NO. 3:17-CV-06393-YGR
NOTICE OF APPEARANCE OF AMANDA D. PHILLIPS

sf-3840966