UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUINOX HOTEL MANAGEMENT INC., <br><br> Plaintiff, <br><br> vs. <br><br> EQUINOX HOLDINGS INC., <br><br> Defendant. | Case No. 3:17-cv-06393-YGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF EQUINOX HOTEL MANAGEMENT INC.'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date: January 2, 2018 <br> Time: 2:00 p.m. <br> Dept. Courtroom 1, Fourth Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

1       Having considered all of the papers filed in connection with Plaintiff Equinox Hotel
2  Management Inc.'s Motion for Preliminary Injunction, the papers and records on file in this
3  action, and other matters of which the Court may properly take judicial notice, the Court
4  HEREBY ORDERS THAT, pending conclusion of a trial on the merits:
5       1.      Defendant, its partners, officers, directors, employees, agents, and representatives
6  and all persons, firms and corporations in active concert or participation with any of them, are
7  enjoined from (a) using any EQUINOX or EQUINOX-formative trademark, or any other mark,
8  trade name or domain name that is confusingly similar to or a colorable imitation of the
9  EQUINOX mark, including but not limited to EQX, in any manner (i) on hotels, (ii) inside hotels,
10 including on external signage for fitness centers that are located within hotels, (iii) as part of any
11 domain name that uses the term "hotels," including at the domain name
12 <www.equinox.com/hotels>, (iv) to promote hotels, including on any website, or (v) for the
13 performance of any type of hotel services, including but not limited to guest services and hotel
14 management and development services; (b) doing any act or thing calculated or likely to cause
15 confusion or mistake in the minds of the members of the public or prospective customers as to the
16 source of any of the hotels offered or promoted by Plaintiff or Defendant, including but not
17 related to guest services and hotel management and development services, or likely to confuse
18 members of the public, including vendors, hotel industry professionals and journalists, or
19 prospective customers into believing that there is some connection between Plaintiff and
20 Defendant or any other entity owned by or associated with Defendant; (c) otherwise competing
21 unfairly with Plaintiff in any manner; or (d) assisting, aiding, or abetting any other person or
22 business entity in engaging in or performing any of the activities referred to in parts (a) through
23 (c) of this paragraph 1; and
24      2.      Defendant and all persons, firms and corporations in concert or participation with
25 them, as identified in Paragraph 1 above, are directed to file with this Court and serve upon
26 Plaintiff within thirty (30) days after entry of the injunction a report in writing under oath setting
27 forth in detail the manner and form in which Defendant has complied with the injunction and
28

ceased all offering or promoting of hotel-related services under the EQUINOX trademark, as set forth above.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE