1  Diana M. Torres (S.B.N. 162284)
   diana.torres@kirkland.com
2  KIRKLAND & ELLIS LLP
   333 South Hope Street
3  Los Angeles, California 90071
   Telephone: (213) 680-8400
4  Facsimile: (213) 680-8500

5  *Attorneys for Defendant*
   EQUINOX HOLDINGS, INC.

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                            **OAKLAND DIVISION**
11

12                                          ) CASE NO.: 3:17-cv-06393-YGR
                                            )
13  EQUINOX HOTEL MANAGEMENT INC.,          ) **DEFENDANT'S CERTIFICATION OF**
                                            ) **INTERESTED ENTITIES OR**
14              Plaintiff,                  ) **PERSONS PURSUANT TO CIVIL**
                                            ) **LOCAL RULE 3-15**
15         vs.                              )
                                            ) Hearing Date: January 16, 2018
16  EQUINOX HOLDINGS, INC.,                 ) Time: 2:00 p.m.
                                            ) Dept. Courtroom 1, Fourth Floor
17              Defendant.                  ) Judge: Hon. Yvonne Gonzalez Rogers
                                            )
18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES**                    **CASE NO. 3:17-cv-06393-YGR**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

EQX Hotel Management, LLC

Dated: November 28, 2017

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

  /s/ Diana M. Torres
Diana M. Torres
Attorney for Defendant Equinox Holdings, Inc.
Email:  diana.torres@kirkland.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 28, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the Northern District of California by using CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                     */s/ Diana M. Torres*
                                      Diana M. Torres