Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Johanna Schmitt (*pro hac vice* forthcoming)
johanna.schmitt@kirkland.com
Mary Mazzello (*pro hac vice* forthcoming)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Attorneys for Defendant Equinox Holdings, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EQUINOX HOTEL MANAGEMENT INC., <br><br> Plaintiff, <br><br> vs. <br><br> EQUINOX HOLDINGS, INC., <br><br> Defendant. | ) CASE NO.: 3:17-cv-06393-YGR <br> ) <br> ) <br> ) **DECLARATION OF SIGRID E. NEILSON IN** <br> ) **SUPPORT OF EQUINOX HOLDINGS,** <br> ) **INC.'S OPPOSITION TO MOTION FOR A** <br> ) **PRELIMINARY INJUNCTION** <br> ) <br> ) Hearing Date: January 16, 2018 <br> ) Time: 2:00 p.m. <br> ) Dept. Courtroom 1, Fourth Floor <br> ) Judge: Hon. Yvonne Gonzalez Rogers |

I, Sigrid E. Neilson, declare as follows:

1.      I am Assistant General Counsel at Equinox Holdings, Inc. ("Equinox").  I have been employed by Equinox continuously since December 2014.  As part of my responsibilities for Equinox, I oversee Equinox's trademark portfolio and filings with the U.S. Patent & Trademark Office.

2.      I submit this declaration in support of Equinox Holdings, Inc.'s opposition to Plaintiff Equinox Hotel Management, Inc.'s motion for a preliminary injunction.  If called upon as a witness I could testify as to all facts set forth in this declaration from my personal knowledge, unless stated on information and belief.

3.      Equinox operates a line of upscale, full-service fitness clubs.  Over the past 25 years it has built up a distinct, lifestyle brand associated with its clubs and related services.  In addition, I understand that since the 1990s, Equinox has been involved in the hotel industry.  It has numerous partnerships with hotels, which allow their hotel guests to have access to Equinox clubs and spas. Some EQUINOX-branded clubs are actually located in hotels.

4.      Given Equinox's involvement in the hotel industry, it has had trademark rights in offering fitness-related services to hotel guests and in hotels for many years.  Through its partnerships with hotels and offering services to hotel guests, Equinox has acquired common law trademark rights based on use.   In addition, as discussed below, it has obtained trademark registrations, and has applied to register, its EQUINOX mark (or variations thereof) in connection with hotels and services to hotel guests.   Before this lawsuit was filed, Plaintiff never, to my knowledge, reached out to Equinox with any concerns regarding our plans or opposed any of Equinox's trademark applications.

5.      On October 14, 1997, Vito and Danny Errico (whom I understand were two of the founders of Equinox) obtained a trademark registration for EQUINOX in connection with "hotels whose primary service is providing athletic facilities for its guests," which claimed a first use date of December 31, 1991.   Attached hereto as **Exhibit 1** is a true and correct copy of that trademark registration, which lapsed on July 17, 2004.

**DECL. OF SIGRID E. NEILSON**                                                                      **CASE NO. 3:17-cv-06393-YGR**

6.     Additional trademark applications and registrations for the EQUINOX mark in connection with hotel-related services are provided in the chart below.  For the Court's convenience, the references to "hotels" are highlighted.

| Mark | Ser. No./ Reg. No. | Services | Status |
|---|---|---|---|
| **EQUINOX** | 5,335,564 | Providing fitness and exercise facilities for use by members and **hotel guests**; health club services for physical exercise provided to **hotel guests**; physical fitness conditioning classes for **hotel guests**. (Cl. 41) | Filed on June 30, 2017<br><br>Registered on November 14, 2017 |
| | 4,953,212 | Gym facilities in the nature of fitness and exercise facilities provided **in a hotel**. (Cl. 41) | Filed on March 26, 2014<br><br>Registered on May 3, 2016 |
| **FITNESS LIFESTYLE BY EQUINOX** | 3,675,131 | Fitness services, namely, providing fitness consultation, instruction, conditioning classes and exercise instruction to individuals at residential condominium, co-op and apartment complex, **hotels**, resorts and spas. (Cl. 41)<br><br>Health spa services, namely, cosmetic body care services to individuals at residential condominium, co-op and apartment complexes, **hotels**, resort and spas; Fitness services, namely, providing assistance, fitness evaluation and consultation to individuals at residential condominium, co-op and apartment complexes, **hotels**, resort and spas to help them make health, wellness and nutritional changes in their daily living to improve health.  (Cl. 44)<br><br>Concierge services for others comprising making reservations and bookings for physical fitness and beauty treatments at **hotels,** resorts, spas and residential condominium, | Filed on March 23, 2008<br><br>Registered on September 1, 2009 |

2

| Mark | Ser. No./ Reg. No. | Services | Status |
|------|------|------|------|
| | | co-op and apartment complex. (Cl. 45) | |
| **EQUINOX** | 87/512,208 | Providing health spa services to **hotel guests**, namely, cosmetic body care services providing massage services to hotel guests. (Cl. 44) | Filed on June 30, 2017<br><br>Notice of allowance issued on October 17, 2017 |
| **EQUINOX** | 87/499,172 | Providing information in the field of **hotels and temporary accommodations** for travelers and vacationers; providing a website featuring information in the field of **hotels and temporary accommodations** for travelers and vacationers; providing information and advice on **hotels** and restaurants to tourists and business travelers. (Cl. 43) | Filed June 21, 2017<br><br>Notice of Allowance issued on October 17, 2017 |
| **EQUINOX 21/22** | 87/140,530 | Providing instruction and consultation in the field of exercise and physical fitness; providing facilities for exercise and physical fitness; fitness training services; physical fitness conditioning classes; providing classes, workshops and seminars in the fields of fitness and exercise; providing gym facilities; providing gym facilities and fitness facilities at **hotels**, resorts, spas, and residential buildings; providing a website featuring information on exercise and fitness and sports training and training advice, work-out tracking and the recording of training and workouts; providing on-line newsletters in the field of fitness, health, bodywork and body care services. (Cl. 41)<br><br>Restaurant services; restaurant services provided at health and fitness club; restaurant services provided at **hotels**; **hotels**; provision of exhibition and meeting facilities; | Filed August 16, 2016<br><br>Notice of Allowance issued on March 14, 2017 |

| Mark | Ser. No./ Reg. No. | Services | Status |
|------|--------------------|----------|--------|
| | | providing temporary accommodations and meals to clients of a health or beauty spa; providing a website featuring information and advice on restaurants and **hotels**. (Cl. 43) | |
| E Q U I N O X | 87/975,669 | **Hotels** focused on lifestyle, wellness, and fitness; hotels for health-conscious tourists and business travelers that include providing fitness services. (Cl. 43) | Filed on June 21, 2017<br><br>Approved for publication on August 8, 2017<br><br>Plaintiff filed opposition on November 3, 2017; application has been stayed pending this lawsuit. |
| E Q U I N O X | 87/499,525 | Restaurant services at a **hotel** or fitness club featuring a healthy menu. (Cl. 43) | Filed on June 21, 2017<br><br>Application suspended on August 8, 2017 pending disposition of unrelated third-party application |
| EQUINOX | 87/499,454 | Retail shops located in **hotels** or fitness clubs featuring a wide range of clothing, accessories, hats, bags, toiletries, snacks and beverages. (Cl. 35) | Filed on June 21, 2017<br><br>Application suspended on July 17, 2017, pending disposition of unrelated third-party application |
| E Q U I N O X IT'S NOT FITNESS. IT'S LIFE. | 86/530,909 | Providing instruction and consultation in the field of exercise and physical fitness; providing facilities for exercise and physical fitness; Fitness training services; | Filed February 10, 2015<br><br>Application suspended on |

4

| Mark | Ser. No./ Reg. No. | Services | Status |
|---|---|---|---|
| | | Physical fitness conditioning classes; providing classes, workshops and seminars in the fields of fitness and exercise; providing gym facilities; providing gym facilities and fitness facilities at ==hotels==, ==resorts==, spas, and residential buildings. (Cl. 41)<br><br>Hotels focused on lifestyle, wellness and fitness. (Cl. 43)<br><br>Health spa services, namely, cosmetic body care services to individuals at ==hotels==, ==resorts==, health club facilities, residential buildings and spas; Fitness services, namely, providing assistance, fitness evaluation and consultation to individuals at ==hotels==, ==resorts==, health club facilities residential buildings, and spas to help them make health, wellness and nutritional changes in their daily living to improve health; health spa services, namely, cosmetic body care services; bodywork therapy; massage services; health spa services for health and wellness of the body and spirit, namely, providing massage, facial and body treatment services and cosmetic body care services; holistic health services. (Cl. 44) | December 6, 2015, pending disposition of unrelated third-party application |
| EQUINOX | 86/232,536 | ==Hotels== focused on lifestyle, wellness and fitness. (Cl. 43) | Filed on March 26, 2014<br><br>Notice of Allowance issued October 21, 2014<br><br>Abandoned on November 28, 2017 for failure to file a Statement of Use |
| | 85/747,216 | ==Hotels== focused on lifestyle, wellness and fitness. (Cl. 43) | Filed on October 5, 2012 |

5

| Mark | Ser. No./ Reg. No. | Services | Status |
|---|---|---|---|
| | | | Notice of Allowance issued on August 5, 2014<br><br>Abandoned on September 11, 2017 for failure to file a Statement of Use |
| **EQUINOX** | 77/604,732 | **Hotels**. (Cl. 43) | Filed on October 31, 2008<br><br>Abandoned on Aug. 11, 2009 for failure to respond to an office action |
| **FITNESS LIFESTYLE BY EQUINOX** | 77/429,061 | Providing fitness services to individuals at **hotels**, resorts, spas and other locations. (Cl. 41)<br><br>Providing spa services to individuals at **hotels**, resorts, spas and other locations.  (Cl. 44)<br><br>Concierge services for others comprising of making reservations and bookings for others for physical fitness and beauty treatments at **hotels**, resorts, spas and other locations; Concierge services for others comprising making requested personal arrangements and reservations, and providing customer-specific information to meet individual needs rendered together in an apartment complex, business conference, destination spa, **hotel**, resort, place of residence, and other locations. (Cl. 45) | Filed March 23, 2008<br><br>Abandoned on January 21, 2009 for failure to respond to an office action |
| | 77/189,312 | **Hotels**. (Cl. 43) | Filed on May 24, 2007 |

6

| Mark | Ser. No./ Reg. No. | Services | Status |
|---|---|---|---|
| | | | Notice of Allowance issued on July 6, 2010<br><br>Abandoned on Feb. 11, 2013 for failure to file a Statement of Use |
| | 77/189,304 | Concierge services for others comprising making requested personal arrangements and reservations and providing customer-specific information to meet individual needs rendered together in a business, hotel, office building, residential complex, home, online or otherwise. (Cl. 45) | Filed on May 24, 2007<br><br>Notice of Allowance issued on August 12, 2008<br><br>Abandoned on Sept. 12, 2011 for failure to file a Statement of Use |
| EQUINOX | 77/138,258 | Hotels. (Cl. 43) | Filed on March 22, 2007<br><br>Abandoned on Oct. 31, 2008 after examining attorney's final refusal and denial of request for reconsideration |

Attached as **Exhibit 2** are copies of the above-referenced registrations and applications.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

December 11, 2017

Sigrid E. Neilson

DECL. OF SIGRID E. NEILSON

CASE NO. 3:17-cv-06393-YGR

**CERTIFICATE OF SERVICE**

On December 12, 2017, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Dale M. Cendali*
Dale M. Cendali

CERTIFICATE OF SERVICE                                          CASE NO. 3:17-cv-06393-YGR