# NEILSON DECLARATION EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

# EQUINOX

**Reg. No. 5,335,564**

**Registered Nov. 14, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Equinox Holdings, Inc. (DELAWARE CORPORATION)
895 Broadway
New York, NEW YORK 10003

CLASS 41: Providing fitness and exercise facilities for use by members and hotel guests; health club services for physical exercise provided to hotel guests; physical fitness conditional conditioning classes for hotel guests

FIRST USE 00-00-1999; IN COMMERCE 00-00-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1796108, 3377795, 3118571

SER. NO. 87-513,133, FILED 06-30-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,953,212**

**Registered May 3, 2016**

EQUINOX HOLDINGS, INC. (DELAWARE CORPORATION)
895 BROADWAY
NEW YORK, NY 10003

**Int. Cl.: 41**

FOR: GYM FACILITIES IN THE NATURE OF FITNESS AND EXERCISE FACILITIES PROVIDED IN A HOTEL, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**

FIRST USE 2-0-2007; IN COMMERCE 2-0-2007.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 1,796,108, 3,377,795, AND OTHERS.

THE MARK CONSISTS OF AN OVAL THAT IS HALF BLACK AND HALF WHITE WITH THE WORD "EQUINOX" WRITTEN IN BLACK AND WHITE LETTERS WITH AN ELLIPTICAL BROKEN OVAL CIRCLE PLACED ON AN ANGLE OVER THE MAIN OVAL.

SN 86-978,705, FILED 3-26-2014.

KIMBERLY PARKS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

Int. Cls.: 41, 44 and 45

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,675,131

Registered Sep. 1, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# FITNESS LIFESTYLE BY EQUINOX

EQUINOX HOLDINGS, INC. (DELAWARE COR-
PORATION)
895 BROADWAY
NEW YORK, NY 10003

FOR: FITNESS SERVICES, NAMELY, PROVID-
ING FITNESS CONSULTATION, INSTRUCTION,
CONDITIONING CLASSES AND EXERCISE IN-
STRUCTION TO INDIVIDUALS AT RESIDENTIAL
CONDOMINIUM, CO-OP AND APARTMENT COM-
PLEXES, HOTELS, RESORT AND SPAS, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 9-30-2006; IN COMMERCE 9-30-2006.

FOR: HEALTH SPA SERVICES, NAMELY, COS-
METIC BODY CARE SERVICES TO INDIVIDUALS
AT RESIDENTIAL CONDOMINIUM, CO-OP AND
APARTMENT COMPLEXES, HOTELS, RESORT
AND SPAS; FITNESS SERVICES, NAMELY, PRO-
VIDING ASSISTANCE, FITNESS EVALUATION
AND CONSULTATION TO INDIVIDUALS AT RE-
SIDENTIAL CONDOMINIUM, CO-OP AND APART-
MENT COMPLEXES, HOTELS, RESORT AND SPAS
TO HELP THEM MAKE HEALTH, WELLNESS AND
NUTRITIONAL CHANGES IN THEIR DAILY LIV-
ING TO IMPROVE HEALTH, IN CLASS 44 (U.S. CLS.
100 AND 101).

FIRST USE 9-30-2006; IN COMMERCE 9-30-2006.

FOR: CONCIERGE SERVICES FOR OTHERS
COMPRISING MAKING RESERVATIONS AND
BOOKINGS FOR PHYSICAL FITNESS AND BEAU-
TY TREATMENTS AT HOTELS, RESORTS, SPAS
AND RESIDENTIAL CONDOMINIUM, CO-OP AND
APARTMENT COMPLEXES, IN CLASS 45 (U.S. CLS.
100 AND 101).

FIRST USE 9-30-2006; IN COMMERCE 9-30-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,796,108, 2,090,336
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FITNESS LIFESTYLE", APART
FROM THE MARK AS SHOWN.

SER. NO. 77-429,068, FILED 3-23-2008.

CHRISTINE COOPER, EXAMINING ATTORNEY

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87512208**
**Filing Date: 06/30/2017**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87512208 |
| **MARK INFORMATION** | |
| *MARK | EQUINOX |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | EQUINOX |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 044 |
| *IDENTIFICATION | Providing health spa services to hotel guests, namely, cosmetic body care services providing massage services to hotel guests. |
| **FILING BASIS** | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 1796108, 3118571, and 3377795. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Keith W. Medansky |
| **ATTORNEY DOCKET NUMBER** | 384416-8 |

| | |
|---|---|
| **FIRM NAME** | DLA Piper LLP (US) |
| **STREET** | P.O. Box 64807 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60664-0807 |
| **PHONE** | 312.368.4000 |
| **FAX** | 312.236.7516 |
| **EMAIL ADDRESS** | ch.tm@dlapiper.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Michael A. Geller, Tracy L. Zawaski and Michael R. Friedman |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Keith W. Medansky |
| **FIRM NAME** | DLA Piper LLP (US) |
| **STREET** | P.O. Box 64807 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60664-0807 |
| **PHONE** | 312.368.4000 |
| **FAX** | 312.236.7516 |
| *__EMAIL ADDRESS__ | ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com |
| *__AUTHORIZED TO COMMUNICATE VIA EMAIL__ | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| *__TOTAL FEE DUE__ | 275 |
| *__TOTAL FEE PAID__ | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Sigrid E. Neilson/ |
| **SIGNATORY'S NAME** | Sigrid E. Neilson |
| **SIGNATORY'S POSITION** | Assistant General Counsel |
| **SIGNATORY'S PHONE NUMBER** | 2127746304 |
| **DATE SIGNED** | 06/30/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87512208**
**Filing Date: 06/30/2017**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX (Standard Characters, see mark)
The literal element of the mark consists of EQUINOX.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of
    895 Broadway
    New York, New York 10003
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 044:  Providing health spa services to hotel guests, namely, cosmetic body care services providing massage services to hotel guests.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 1796108, 3118571, and 3377795.

The applicant's current Attorney Information:
    Keith W. Medansky and Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Michael A. Geller, Tracy L. Zawaski and Michael R. Friedman of DLA Piper LLP (US)     P.O. Box 64807
    Chicago, Illinois 60664-0807
    United States
    312.368.4000(phone)
    312.236.7516(fax)
    ch.tm@dlapiper.com (authorized)
The attorney docket/reference number is 384416-8.

The applicant's current Correspondence Information:
    Keith W. Medansky
    DLA Piper LLP (US)
    P.O. Box 64807
    Chicago, Illinois 60664-0807
    312.368.4000(phone)
    312.236.7516(fax)
    ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

**Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Sigrid E. Neilson/   Date: 06/30/2017
Signatory's Name: Sigrid E. Neilson
Signatory's Position: Assistant General Counsel
Payment Sale Number: 87512208
Payment Accounting Date: 06/30/2017

Serial Number: 87512208
Internet Transmission Date: Fri Jun 30 11:14:41 EDT 2017
TEAS Stamp: USPTO/BAS-XXX.XX.XXX.XXX-201706301114414
66686-87512208-590722b6c7585fec7852658b6
9aa9ea912f62747b9cb907df1a37137923b6b76c
f-DA-11724-20170629133836007034

# EQUINOX

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87499172**
**Filing Date: 06/21/2017**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87499172 |
| **MARK INFORMATION** | |
| *MARK | EQUINOX |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | EQUINOX |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Providing information in the field of hotels and temporary accommodations for travelers and vacationers; providing a website featuring information in the field of hotels and temporary accommodations for travelers and vacationers; providing information and advice on hotels and restaurants to tourists and business travelers |
| FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 1796108, 3118571, and 4953212. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Keith W. Medansky |
| **ATTORNEY DOCKET NUMBER** | 384416-8 |
| **FIRM NAME** | DLA Piper LLP (US) |
| **STREET** | P.O. Box 64807 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60664-0807 |
| **PHONE** | 312.368.4000 |
| **FAX** | 312.236.7516 |
| **EMAIL ADDRESS** | ch.tm@dlapiper.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Michael A. Geller, Tracy L. Zawaski and Michael R. Friedman |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Keith W. Medansky |
| **FIRM NAME** | DLA Piper LLP (US) |
| **STREET** | P.O. Box 64807 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60664-0807 |
| **PHONE** | 312.368.4000 |
| **FAX** | 312.236.7516 |
| **\*EMAIL ADDRESS** | ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| **\*TOTAL FEE DUE** | 275 |
| **\*TOTAL FEE PAID** | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /Sigrid E. Neilson/ |
| **SIGNATORY'S NAME** | Sigrid E. Neilson |
| **SIGNATORY'S POSITION** | Assistant General Counsel |
| **SIGNATORY'S PHONE NUMBER** | 2127746304 |

| DATE SIGNED | 06/21/2017 |
| --- | --- |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87499172**
**Filing Date: 06/21/2017**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX (Standard Characters, see mark)
The literal element of the mark consists of EQUINOX.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of
    895 Broadway
    New York, New York 10003
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 043:  Providing information in the field of hotels and temporary accommodations for travelers and vacationers; providing a website featuring information in the field of hotels and temporary accommodations for travelers and vacationers; providing information and advice on hotels and restaurants to tourists and business travelers
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

### Claim of Active Prior Registration(s)
The applicant claims ownership of active prior U.S. Registration Number(s) 1796108, 3118571, and 4953212.

The applicant's current Attorney Information:
    Keith W. Medansky and Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Michael A. Geller, Tracy L. Zawaski and Michael R. Friedman of DLA Piper LLP (US)      P.O. Box 64807
    Chicago, Illinois 60664-0807
    United States
    312.368.4000(phone)
    312.236.7516(fax)
    ch.tm@dlapiper.com (authorized)
The attorney docket/reference number is 384416-8.

The applicant's current Correspondence Information:
    Keith W. Medansky
    DLA Piper LLP (US)
    P.O. Box 64807
    Chicago, Illinois 60664-0807
    312.368.4000(phone)
    312.236.7516(fax)
    ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Sigrid E. Neilson/   Date: 06/21/2017
Signatory's Name: Sigrid E. Neilson
Signatory's Position: Assistant General Counsel
Payment Sale Number: 87499172
Payment Accounting Date: 06/21/2017

Serial Number: 87499172
Internet Transmission Date: Wed Jun 21 12:52:55 EDT 2017
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XX-201706211252552
02311-87499172-590e06ee71fa8b4cb7fd89e9b
9d1925140b33a2aa6fdf6aa84e51fdf22acf90-D
A-10931-20170620120644258712

# EQUINOX

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87140530**
**Filing Date: 08/16/2016**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87140530 |
| **MARK INFORMATION** | |
| *MARK | EQUINOX 21/22 |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | EQUINOX 21/22 |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable mobile application featuring training advice, workout planning and scheduling, club check-in, post-workout tracking, activity and fitness monitoring and the recording of training and workouts, and reservation services; downloadable mobile application featuring fitness, health, wellness, nutrition, fashion, entertainment, news, leisure, travel, hospitality, food and drink, temporary accommodation and lifestyle information |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 025 |
| | Clothing, namely, shirts, tank-tops, pants, yoga pants, shorts, and jackets; swimsuits; sweatshirts; loungewear; underwear; |

| *IDENTIFICATION | socks and leg warmers; arm warmers; footwear; hats; headbands; leggings and athletic tights |
| --- | --- |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| *IDENTIFICATION | Retail store services and online retail stores featuring fitness, athletic, and exercise equipment and accessories, apparel, footwear, gym bags, tote bags, headphones, beverages, snack food, vitamins and supplements |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| *IDENTIFICATION | Providing instruction and consultation in the field of exercise and physical fitness; providing facilities for exercise and physical fitness; fitness training services; physical fitness conditioning classes; providing classes, workshops and seminars in the fields of fitness and exercise; providing gym facilities; providing gym facilities and fitness facilities at hotels, resorts, spas, and residential buildings; providing a website featuring information on exercise and fitness and sports training and training advice, work-out tracking and the recording of training and workouts; providing on-line newsletters in the field of fitness, health, bodywork and body care services |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 043 |
| *IDENTIFICATION | Restaurant services; restaurant services provided at a health and fitness club; restaurant services provided at a hotel; hotels; provision of exhibition and meeting facilities; providing temporary accommodations and meals to clients of a health or beauty spa; providing a website featuring information and advice on restaurants and hotels |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 044 |
| *IDENTIFICATION | Health spa services for health and wellness of the body and spirit; massage; health spa services, namely, cosmetic body care services; bodywork therapy; providing a web site featuring information on health and nutrition; consulting services in the fields of health and nutrition; providing healthy lifestyle and nutrition services, namely, personal assessments, personalized routines, maintenance schedules, activity monitoring and counseling; holistic health services; fitness services, namely, providing assistance, fitness evaluation and consultation to individuals to help them make health, wellness and nutritional changes in their daily living to improve health |
| **FILING BASIS** | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 1796108, 3675131, 4038763, and others. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Keith W. Medansky |

| ATTORNEY DOCKET NUMBER | 384416-8 |
|---|---|
| FIRM NAME | DLA Piper LLP (US) |
| STREET | P.O. Box 64807 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60664-0807 |
| PHONE | 312.368.4000 |
| FAX | 312.236.7516 |
| EMAIL ADDRESS | ch.tm@dlapiper.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Virginia Wolk Marino, Michael A. Geller and Tracy L. Zawaski |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Keith W. Medansky |
| FIRM NAME | DLA Piper LLP (US) |
| STREET | P.O. Box 64807 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60664-0807 |
| PHONE | 312.368.4000 |
| FAX | 312.236.7516 |
| *EMAIL ADDRESS | ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 6 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 1650 |
| *TOTAL FEE PAID | 1650 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /pt/ |
| SIGNATORY'S NAME | Paul Tizik |
| SIGNATORY'S POSITION | Executive Vice President, Chief Financial Officer and Treasurer |
| DATE SIGNED | 08/16/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87140530**
**Filing Date: 08/16/2016**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX 21/22 (Standard Characters, see mark)
The literal element of the mark consists of EQUINOX 21/22.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of
  895 Broadway
  New York, New York 10003
  United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

  International Class 009:  Downloadable mobile application featuring training advice, workout planning and scheduling, club check-in, post-workout tracking, activity and fitness monitoring and the recording of training and workouts, and reservation services; downloadable mobile application featuring fitness, health, wellness, nutrition, fashion, entertainment, news, leisure, travel, hospitality, food and drink, temporary accommodation and lifestyle information
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

  International Class 025:  Clothing, namely, shirts, tank-tops, pants, yoga pants, shorts, and jackets; swimsuits; sweatshirts; loungewear; underwear; socks and leg warmers; arm warmers; footwear; hats; headbands; leggings and athletic tights
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

  International Class 035:  Retail store services and online retail stores featuring fitness, athletic, and exercise equipment and accessories, apparel, footwear, gym bags, tote bags, headphones, beverages, snack food, vitamins and supplements
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

  International Class 041:  Providing instruction and consultation in the field of exercise and physical fitness; providing facilities for exercise and physical fitness; fitness training services; physical fitness conditioning classes; providing classes, workshops and seminars in the fields of fitness and exercise; providing gym facilities; providing gym facilities and fitness facilities at hotels, resorts, spas, and residential buildings; providing a website featuring information on exercise and fitness and sports training and training advice, work-out tracking and the recording of training and workouts; providing on-line newsletters in the field of fitness, health, bodywork and body care services
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

  International Class 043:  Restaurant services; restaurant services provided at a health and fitness club; restaurant services provided at a hotel; hotels; provision of exhibition and meeting facilities; providing temporary accommodations and meals to clients of a health or beauty spa; providing a website featuring information and advice on restaurants and hotels
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

  International Class 044:  Health spa services for health and wellness of the body and spirit; massage; health spa services, namely, cosmetic body care services; bodywork therapy; providing a web site featuring information on health and nutrition; consulting services in the fields of health and nutrition; providing healthy lifestyle and nutrition services, namely, personal assessments, personalized routines, maintenance schedules, activity monitoring and counseling; holistic health services; fitness services, namely, providing assistance, fitness evaluation and consultation to individuals to help them make health, wellness and nutritional changes in their daily living to improve health
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified

goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 1796108, 3675131, 4038763, and others.

The applicant's current Attorney Information:
    Keith W. Medansky and Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Virginia Wolk Marino, Michael A. Geller and Tracy L. Zawaski of DLA Piper LLP (US)    P.O. Box 64807
    Chicago, Illinois 60664-0807
    United States
    312.368.4000(phone)
    312.236.7516(fax)
    ch.tm@dlapiper.com (authorized)
The attorney docket/reference number is 384416-8.

The applicant's current Correspondence Information:
    Keith W. Medansky
    DLA Piper LLP (US)
    P.O. Box 64807
    Chicago, Illinois 60664-0807
    312.368.4000(phone)
    312.236.7516(fax)
    ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $1650 has been submitted with the application, representing payment for 6 class(es).

<div align="center">

**Declaration**

</div>

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /pt/   Date: 08/16/2016
Signatory's Name: Paul Tizik
Signatory's Position: Executive Vice President, Chief Financial Officer and Treasurer
RAM Sale Number: 87140530
RAM Accounting Date: 08/17/2016

Serial Number: 87140530
Internet Transmission Date: Tue Aug 16 18:48:34 EDT 2016
TEAS Stamp: USPTO/BAS-XX.XXX.X.XX-201608161848341644
66-87140530-550132bfd177656433fbf6c1adcc
38e3da5d33833b44d88a217f09aecbc21dd-DA-4
984-20160812151749965737

# EQUINOX 21/22

| To: | Equinox Holdings, Inc. (ch.tm@dlapiper.com) |
|---|---|
| **Subject:** | TRADEMARK APPLICATION NO. 87499525 - EQUINOX - 384416-8 |
| **Sent:** | 08/08/17 02:55:02 PM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION
SERIAL NO.**     87499525          87499525

**APPLICANT**:   Equinox Holdings, Inc.

**CORRESPONDENT'S
ADDRESS**:

KEITH W. MEDANSKY

DLA PIPER LLP (US)

P.O. BOX 64807

CHICAGO, IL 60664-0807

**MARK**:          EQUINOX

**CORRESPONDENT'S
REFERENCE/DOCKET NO.**
384416-8

**CORRESPONDENT'S EMAIL
ADDRESS**:

ch.tm@dlapiper.com

## NOTICE OF DIVISIONAL REQUEST COMPLETED

**ISSUE/MAILING DATE: 8/8/2017**

U.S. Serial Number 87499525

The request to divide application serial no. 87499525 filed on July 19, 2017 has been processed as follows:

(1) Parent (original) application serial no. **87499525** contains the following <goods and/or and/or class(es)>: **43 (**Restaurant services at a hotel or fitness club featuring a healthy menu**).**

(2)  Child application serial no. **87975669** contains the following <goods and/or services and/or class(es)>: **43 (**Hotels focused on lifestyle, wellness and fitness; hotels for health-conscious tourists and business travelers that include providing fitness services**).**

37 C.F.R. §2.87; *see* TMEP §§1110 *et seq.*

The examining attorney will be notified of the completed request to divide.  Please note that the filing of a request to divide an application is not considered a proper response to an examining attorney's  Office action and does not relieve an applicant of the duty to respond to any outstanding Office action or to take any other required action.  37 C.F.R. §2.87(e); TMEP §1110.05.

Please call the undersigned with any questions.

/Diane T. Jones/

Diane T. Jones

Paralegal Specialist

ITU/Divisional Unit

Phone number 571-272-9504

Fax number 571-273-9504

diane.jones@uspto.gov

**NO RESPONSE TO THIS NOTICE IS REQUIRED.**

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Status and Document Retrieval (TSDR) at http://tsdr.uspto.gov/. Please keep a copy of the complete status screen.  If TSDR shows no change for more than six months, call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:**  Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's  amendment by telephone or e-mail without incurring this additional fee.

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED ITU STAFF MEMBER IDENTIFIED ABOVE.**

| | |
|---|---|
| **To:** | Equinox Holdings, Inc. (ch.tm@dlapiper.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 87499525 - EQUINOX - 384416-8 |
| **Sent:** | 08/08/17 02:55:02 PM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**IMPORTANT NOTICE**
**USPTO OFFICE ACTION HAS ISSUED ON 08/08/2017 FOR**
**APPLICATION SERIAL NO. 87975669**

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link
http://tsdr.uspto.gov/view.action?DDA=Y&sn=87975669&type=OOA&date=20170808
(or copy and paste this URL into the address field of your browser), or visit http://tsdr.uspto.gov/ and enter the application serial number to access the Office action.

**PLEASE NOTE:** The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required, (2) how to respond and (3) the applicable response time period. Your response deadline will be calculated from.

**Do NOT hit 'Reply' to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For technical assistance in accessing the Office action, please e-mail tsdr@uspto.gov. Please contact the assigned examining attorney with questions about the Office action.

**WARNING**

**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87499525**
**Filing Date: 06/21/2017**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87499525 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\874\995\87499525\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | EQUINOX |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the word "EQUINOX" with two non-connecting half circles forming the letter "O". |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 877 x 243 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Hotels focused on lifestyle, wellness and fitness; hotels for health-conscious tourists and business travelers that include providing fitness services; and restaurant services at a hotel or fitness club featuring a healthy menu |
| FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 1796108, 4631892, 4953212, and others. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Keith W. Medansky |
| **ATTORNEY DOCKET NUMBER** | 384416-8 |
| **FIRM NAME** | DLA Piper LLP (US) |
| **STREET** | P.O. Box 64807 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60664-0807 |
| **PHONE** | 312.368.4000 |
| **FAX** | 312.236.7516 |
| **EMAIL ADDRESS** | ch.tm@dlapiper.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Michael A. Geller, Tracy L. Zawaski and Michael R. Friedman |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Keith W. Medansky |
| **FIRM NAME** | DLA Piper LLP (US) |
| **STREET** | P.O. Box 64807 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60664-0807 |
| **PHONE** | 312.368.4000 |
| **FAX** | 312.236.7516 |
| *****EMAIL ADDRESS** | ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com |
| *****AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| *****TOTAL FEE DUE** | 275 |
| *****TOTAL FEE PAID** | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /Sigrid E. Neilson/ |

| SIGNATORY'S NAME | Sigrid E. Neilson |
|---|---|
| SIGNATORY'S POSITION | Assistant General Counsel |
| SIGNATORY'S PHONE NUMBER | 2127746304 |
| DATE SIGNED | 06/21/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87499525**
**Filing Date: 06/21/2017**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX (stylized and/or with design, see mark)

The literal element of the mark consists of EQUINOX.
The mark consists of the word "EQUINOX" with two non-connecting half circles forming the letter "O".
The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of
 895 Broadway
 New York, New York 10003
 United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

 International Class 043:  Hotels focused on lifestyle, wellness and fitness; hotels for health-conscious tourists and business travelers that include providing fitness services; and restaurant services at a hotel or fitness club featuring a healthy menu
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 1796108, 4631892, 4953212, and others.

The applicant's current Attorney Information:
 Keith W. Medansky and Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Michael A. Geller, Tracy L. Zawaski and Michael R. Friedman of DLA Piper LLP (US) P.O. Box 64807
 Chicago, Illinois 60664-0807
 United States
 312.368.4000(phone)
 312.236.7516(fax)
 ch.tm@dlapiper.com (authorized)
The attorney docket/reference number is 384416-8.

The applicant's current Correspondence Information:
 Keith W. Medansky
 DLA Piper LLP (US)
 P.O. Box 64807
 Chicago, Illinois 60664-0807
 312.368.4000(phone)
 312.236.7516(fax)
 ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Sigrid E. Neilson/   Date: 06/21/2017
Signatory's Name: Sigrid E. Neilson
Signatory's Position: Assistant General Counsel
Payment Sale Number: 87499525
Payment Accounting Date: 06/22/2017

Serial Number: 87499525
Internet Transmission Date: Wed Jun 21 15:26:29 EDT 2017
TEAS Stamp: USPTO/BAS-XX.XXX.X.XX-201706211526297385
47-87499525-5906df75eadc5fd5e3855259b43e
375d1caa8e8746fad5a86a9c85d4cafdf4c71-DA
-1961-20170621134121767462

EQUINOX

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87499454**
**Filing Date: 06/21/2017**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87499454 |
| **MARK INFORMATION** | |
| *MARK | EQUINOX |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | EQUINOX |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Retail shops located in hotels or fitness clubs featuring a wide range of clothing, accessories, hats, bags, toiletries, snacks, beverages. |
| FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 4169576, 4173317, 4631892, and others. |
| **ATTORNEY INFORMATION** | |
| NAME | Keith W. Medansky |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER** | 384416-8 |
| **FIRM NAME** | DLA Piper LLP (US) |
| **STREET** | P.O. Box 64807 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60664-0807 |
| **PHONE** | 312.368.4000 |
| **FAX** | 312.236.7516 |
| **EMAIL ADDRESS** | ch.tm@dlapiper.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Michael A. Geller, Tracy L. Zawaski and Michael R. Friedman |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Keith W. Medansky |
| **FIRM NAME** | DLA Piper LLP (US) |
| **STREET** | P.O. Box 64807 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60664-0807 |
| **PHONE** | 312.368.4000 |
| **FAX** | 312.236.7516 |
| *****EMAIL ADDRESS** | ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com |
| *****AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| *****TOTAL FEE DUE** | 275 |
| *****TOTAL FEE PAID** | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Sigrid E. Neilson/ |
| **SIGNATORY'S NAME** | Sigrid E. Neilson |
| **SIGNATORY'S POSITION** | Assistant General Counsel |
| **SIGNATORY'S PHONE NUMBER** | 2127746304 |
| **DATE SIGNED** | 06/21/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87499454**
**Filing Date: 06/21/2017**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX (Standard Characters, see mark)
The literal element of the mark consists of EQUINOX.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of
 895 Broadway
 New York, New York 10003
 United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

 International Class 035:  Retail shops located in hotels or fitness clubs featuring a wide range of clothing, accessories, hats, bags, toiletries, snacks, beverages.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4169576, 4173317, 4631892, and others.

The applicant's current Attorney Information:
 Keith W. Medansky and Mark I. Feldman, Christina L. Martini, Hilary H. Remijas, Michael A. Geller, Tracy L. Zawaski and Michael R. Friedman of DLA Piper LLP (US) P.O. Box 64807
 Chicago, Illinois 60664-0807
 United States
 312.368.4000(phone)
 312.236.7516(fax)
 ch.tm@dlapiper.com (authorized)
The attorney docket/reference number is 384416-8.

The applicant's current Correspondence Information:
 Keith W. Medansky
 DLA Piper LLP (US)
 P.O. Box 64807
 Chicago, Illinois 60664-0807
 312.368.4000(phone)
 312.236.7516(fax)
 ch.tm@dlapiper.com;deanne.vannatta@dlapiper.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Sigrid E. Neilson/   Date: 06/21/2017
Signatory's Name: Sigrid E. Neilson
Signatory's Position: Assistant General Counsel
Payment Sale Number: 87499454
Payment Accounting Date: 06/22/2017

Serial Number: 87499454
Internet Transmission Date: Wed Jun 21 14:56:38 EDT 2017
TEAS Stamp: USPTO/BAS-XX.XXX.X.XX-201706211456387728
55-87499454-5904dfff3a84a87bcba742e4fc44
492e5f0e359bbb7e1389b4831521701ad8-DA-13
39-20170621141330166081

# EQUINOX

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86530909**
**Filing Date: 02/10/2015**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86530909 |
| **MARK INFORMATION** | |
| *****MARK** | \\TICRS\EXPORT16\IMAGEOUT 16\865\309\86530909\xml1\ RFA0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | EQUINOX IT'S NOT FITNESS. IT'S LIFE. |
| **COLOR MARK** | NO |
| *****DESCRIPTION OF THE MARK (and Color Location, if applicable)** | The mark consists of the word EQUINOX with two non-connecting half circles forming the letter "O", and the phrases IT'S NOT FITNESS. IT'S LIFE. underneath the word EQUINOX, with the phrase IT'S LIFE in italics. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 894 x 691 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Equinox Holdings, Inc. |
| *****STREET** | 895 Broadway |
| *****CITY** | New York |
| *****STATE (Required for U.S. applicants)** | New York |
| *****COUNTRY** | United States |
| *****ZIP/POSTAL CODE (Required for U.S. applicants)** | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 036 |

| | |
|---|---|
| *IDENTIFICATION | Real estate services, namely, rental and management of serviced condominiums and serviced apartments; real estate services, namely, leasing of real estate, real estate listing, real estate management services, and real estate time sharing; management of fitness facilities, gyms and spas |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Providing instruction and consultation in the field of exercise and physical fitness; providing facilities for exercise and physical fitness; Fitness training services; Physical fitness conditioning classes; providing classes, workshops and seminars in the fields of fitness and exercise; providing gym facilities; providing gym facilities and fitness facilities at hotels, resorts, spas, and residential buildings |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/00/2014 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/00/2014 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_41_Spec1.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\865\309\86530909\xml1\RFA0003.JPG |
| ORIGINAL PDF FILE | SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_41_Spec2.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\865\309\86530909\xml1\RFA0004.JPG |
| ORIGINAL PDF FILE | SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_41_Spec3.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\865\309\86530909\xml1\RFA0005.JPG |
| ORIGINAL PDF FILE | SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_41_Spec4.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\865\309\86530909\xml1\RFA0006.JPG |
| SPECIMEN DESCRIPTION | advertisements |
| INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Hotels focused on lifestyle, wellness and fitness |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 044 |
| *IDENTIFICATION | Health spa services, namely, cosmetic body care services to individuals at hotels, resorts, health club facilities, residential buildings and spas; Fitness services, namely, providing assistance, fitness evaluation and consultation to individuals at hotels, resorts, health club facilities residential buildings, and spas to help them make health, wellness and nutritional changes in their daily living to improve health; health spa services, namely, cosmetic body care services; bodywork therapy; massage services; health spa services for health and wellness of the body and spirit, namely, providing massage, facial and body treatment services and cosmetic body care services; holistic health services |
| FILING BASIS | SECTION 1(a) |

| FIRST USE ANYWHERE DATE | At least as early as 01/00/2014 |
|---|---|
| FIRST USE IN COMMERCE DATE | At least as early as 01/00/2014 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_44_Spec1.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\865\309\86530909\xml1\RFA0007.JPG |
| ORIGINAL PDF FILE | SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_44_Spec2.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\865\309\86530909\xml1\RFA0008.JPG |
| ORIGINAL PDF FILE | SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_44_Spec3.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\865\309\86530909\xml1\RFA0009.JPG |
| ORIGINAL PDF FILE | SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_44_Spec4.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\865\309\86530909\xml1\RFA0010.JPG |
| SPECIMEN DESCRIPTION | advertisements |
| **ADDITIONAL STATEMENTS SECTION** | |
| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 1796108, 1900162, and 3384480. |
| **ATTORNEY INFORMATION** | |
| NAME | Keith W. Medansky |
| ATTORNEY DOCKET NUMBER | 384416-000008 |
| FIRM NAME | DLA Piper LLP (US) |
| STREET | P.O. Box 64807 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60664-0807 |
| PHONE | 312.368.4000 |
| FAX | 312.236.7516 |
| EMAIL ADDRESS | ch.tm@dlapiper.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Mark I. Feldman, Monica L. Thompson, Christina L. Martini, Virginia Wolk Marino, Jasmine R. Davis, Michael A. Geller and Tracy L. Zawaski |
| **CORRESPONDENCE INFORMATION** | |

| NAME | Keith W. Medansky |
|---|---|
| **FIRM NAME** | DLA Piper LLP (US) |
| **STREET** | P.O. Box 64807 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60664-0807 |
| **PHONE** | 312.368.4000 |
| **FAX** | 312.236.7516 |
| *****EMAIL ADDRESS** | ch.tm@dlapiper.com |
| *****AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 4 |
| **FEE PER CLASS** | 275 |
| *****TOTAL FEE DUE** | 1100 |
| *****TOTAL FEE PAID** | 1100 |
| **SIGNATURE INFORMATION** | |
| **ORIGINAL PDF FILE** | hw_65175310-222853728_._Equinox_It_s_Not_Fitness._It_s_Life_Tm_Appln_Sign.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT16\IMAGEOUT16\865\309\86530909\xml1\RFA0011.JPG |
| **SIGNATORY'S NAME** | Larry M. Segall |
| **SIGNATORY'S POSITION** | Executive Vice President and CFO |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 86530909
### Filing Date: 02/10/2015

## To the Commissioner for Trademarks:

**MARK:** EQUINOX IT'S NOT FITNESS. IT'S LIFE. (stylized and/or with design, see mark)

The literal element of the mark consists of EQUINOX IT'S NOT FITNESS. IT'S LIFE..
The mark consists of the word EQUINOX with two non-connecting half circles forming the letter "O", and the phrases IT'S NOT FITNESS. IT'S LIFE. underneath the word EQUINOX, with the phrase IT'S LIFE in italics.
The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of
    895 Broadway
    New York, New York 10003
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 036:  Real estate services, namely, rental and management of serviced condominiums and serviced apartments; real estate services, namely, leasing of real estate, real estate listing, real estate management services, and real estate time sharing; management of fitness facilities, gyms and spas
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 041:  Providing instruction and consultation in the field of exercise and physical fitness; providing facilities for exercise and physical fitness; Fitness training services; Physical fitness conditioning classes; providing classes, workshops and seminars in the fields of fitness and exercise; providing gym facilities; providing gym facilities and fitness facilities at hotels, resorts, spas, and residential buildings

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/00/2014, and first used in commerce at least as early as 01/00/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) advertisements.

**Original PDF file:**
SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_41_Spec1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_41_Spec2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_41_Spec3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_41_Spec4.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

    International Class 043:  Hotels focused on lifestyle, wellness and fitness
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 044:  Health spa services, namely, cosmetic body care services to individuals at hotels, resorts, health club facilities, residential buildings and spas; Fitness services, namely, providing assistance, fitness evaluation and consultation to individuals at hotels, resorts, health club facilities residential buildings, and spas to help them make health, wellness and nutritional changes in their daily living to improve health; health spa services, namely, cosmetic body care services; bodywork therapy; massage services; health spa services for health and wellness of the body and spirit, namely, providing massage, facial and body treatment services and cosmetic body care services; holistic health services

In International Class 044, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/00/2014, and first used in commerce at least as early as 01/00/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) advertisements.

**Original PDF file:**
SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_44_Spec1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_44_Spec2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_44_Spec3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE01230-65175310-20150210222853728483_._Equinox_It_s_Not_Fitness._It_s_Life_Cl_44_Spec4.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


**Claim of Active Prior Registration(s)**
The applicant claims ownership of U.S. Registration Number(s) 1796108, 1900162, and 3384480.

The applicant's current Attorney Information:
    Keith W. Medansky and Mark I. Feldman, Monica L. Thompson, Christina L. Martini, Virginia Wolk Marino, Jasmine R. Davis, Michael A. Geller and Tracy L. Zawaski of DLA Piper LLP (US)
    P.O. Box 64807
    Chicago, Illinois 60664-0807
    United States
The attorney docket/reference number is 384416-000008.

The applicant's current Correspondence Information:
    Keith W. Medansky
    DLA Piper LLP (US)
    P.O. Box 64807
    Chicago, Illinois 60664-0807
    312.368.4000(phone)
    312.236.7516(fax)
    ch.tm@dlapiper.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $1100 has been submitted with the application, representing payment for 4 class(es).

<div align="center">

**Declaration**

</div>

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the

trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: Not Provided    Date: Not Provided
Signatory's Name: Larry M. Segall
Signatory's Position: Executive Vice President and CFO
RAM Sale Number: 86530909
RAM Accounting Date: 02/11/2015

Serial Number: 86530909
Internet Transmission Date: Tue Feb 10 22:49:26 EST 2015
TEAS Stamp: USPTO/BAS-XX.XXX.X.XX-201502102249263089
92-86530909-530e7f536f11cf72142282638178
b56cc28f803e6dc5d37ad6c0a77bccdf7b690-DA
-6075-20150210222853728483

















Trademark/Service Mark Application, Principal Register                    Page 3 of 7

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: _Larry M. Ryall_

Signatory's Name: _Larry Sagill_

Signatory's Position: _EVP + CFO_

Signatory's Phone Number: _212 - 774 - 6340_

Date Signed: _2, 10, 15_

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will **not** be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a *single page* prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86232536**
**Filing Date: 03/26/2014**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86232536 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\862\325\86232536\xml1\ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | EQUINOX |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of an oval that is half black and half white with the word EQUINOX written in black and white letters with an elliptical broken oval circle placed on an angle over the main oval. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 667 x 385 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Hotels focused on lifestyle, wellness and fitness; Gym facilities in a hotel |
| FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |

| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 1796108, 3377795, 3118571, and others. |
|---|---|

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Arnie Herz |
| FIRM NAME | Arnie Herz, Attorney at Law |
| STREET | 14 Vanderventer Avenue, Suite 255 |
| CITY | Port Washington |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11050 |
| PHONE | 516-767-0800 |
| EMAIL ADDRESS | arnie@arnieherz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Arnie Herz |
| FIRM NAME | Arnie Herz, Attorney at Law |
| STREET | 14 Vanderventer Avenue, Suite 255 |
| CITY | Port Washington |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11050 |
| PHONE | 516-767-0800 |
| EMAIL ADDRESS | arnie@arnieherz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |

## SIGNATURE INFORMATION

| | |
|---|---|
| SIGNATURE | //arnieherz// |
| SIGNATORY'S NAME | Arnie Herz |
| SIGNATORY'S POSITION | Attorney of Record, NY BAR |
| DATE SIGNED | 03/26/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86232536**
**Filing Date: 03/26/2014**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX (stylized and/or with design, see mark)

The literal element of the mark consists of EQUINOX.
The applicant is not claiming color as a feature of the mark. The mark consists of an oval that is half black and half white with the word EQUINOX written in black and white letters with an elliptical broken oval circle placed on an angle over the main oval.
The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of
    895 Broadway
    New York, New York 10003
    United States


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 043:  Hotels focused on lifestyle, wellness and fitness; Gym facilities in a hotel
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant claims ownership of U.S. Registration Number(s) 1796108, 3377795, 3118571, and others.

The applicant's current Attorney Information:
    Arnie Herz of Arnie Herz, Attorney at Law
    14 Vanderventer Avenue, Suite 255
    Port Washington, New York 11050
    United States


The applicant's current Correspondence Information:
    Arnie Herz
    Arnie Herz, Attorney at Law
    14 Vanderventer Avenue, Suite 255
    Port Washington, New York 11050
    516-767-0800(phone)
    arnie@arnieherz.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: //arnieherz//   Date: 03/26/2014
Signatory's Name: Arnie Herz
Signatory's Position: Attorney of Record, NY BAR
RAM Sale Number: 86232536
RAM Accounting Date: 03/26/2014

Serial Number: 86232536
Internet Transmission Date: Wed Mar 26 13:20:07 EDT 2014
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2014032613200792
3326-86232536-50086489a1a7d316cab397729e
ff062197c3c2461e5b2ed795cf8cca12b58c25c0
-CC-9272-20140326124311684657



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85747216**
**Filing Date: 10/05/2012**

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85747216 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\857\472\85747216\xml1\ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | EQUINOX |
| **COLOR MARK** | YES |
| **COLOR(S) CLAIMED**<br>(If applicable) | The color(s) The color(s) black and white is/are claimed as a feature of the mark. is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK<br>(and Color Location, if applicable) | The mark consists of an oval that is half black and half white with the word "EQUINOX" written in black and white letters on it, with a black elliptical broken oval circle placed on an angle over the main oval. The left half of the oval is white with black letters and the right half of the oval is black with white letters. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 435 x 251 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE<br>(Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. applicants only) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 036 |
| | Real estate services, namely, rental and management of |

| *IDENTIFICATION | serviced condominiums. Real estate services, namely leasing, licensing, listing, managing, brokerage, and time sharing services relating to real estate. |
|---|---|
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Hotels |
| FILING BASIS | SECTION 1(b) |

| ADDITIONAL STATEMENTS SECTION | |
|---|---|
| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 1796108, 1900162, 2074917, and others. |

| ATTORNEY INFORMATION | |
|---|---|
| NAME | Arnie Herz |
| ATTORNEY DOCKET NUMBER | 2022 |
| FIRM NAME | Arnie Herz, Attorney at Law |
| STREET | 14 Vanderventer Ave., Ste 255 |
| CITY | Port Washington |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11050 |
| PHONE | 516-767-0800 |
| EMAIL ADDRESS | arnie@arnieherz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| CORRESPONDENCE INFORMATION | |
|---|---|
| NAME | Arnie Herz |
| FIRM NAME | Arnie Herz, Attorney at Law |
| STREET | 14 Vanderventer Ave., Ste 255 |
| CITY | Port Washington |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11050 |
| PHONE | 516-767-0800 |
| EMAIL ADDRESS | arnie@arnieherz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| FEE INFORMATION | |
|---|---|
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 650 |
| *TOTAL FEE PAID | 325 |

| SIGNATURE INFORMATION | |
|---|---|

| SIGNATURE | //Arnieherz// |
|---|---|
| **SIGNATORY'S NAME** | Arnie Herz |
| **SIGNATORY'S POSITION** | Attorney of Record, NY BAR |
| **DATE SIGNED** | 10/05/2012 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85747216**
**Filing Date: 10/05/2012**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX (stylized and/or with design, see mark)

The literal element of the mark consists of EQUINOX.
The color(s) The color(s) black and white is/are claimed as a feature of the mark. is/are claimed as a feature of the mark. The mark consists of an oval that is half black and half white with the word "EQUINOX" written in black and white letters on it, with a black elliptical broken oval circle placed on an angle over the main oval. The left half of the oval is white with black letters and the right half of the oval is black with white letters.
The applicant, Equinox Holdings, Inc, a corporation of Delaware, having an address of

    895 Broadway
    New York, New York 10003
    United States


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 036:  Real estate services, namely, rental and management of serviced condominiums. Real estate services, namely leasing, licensing, listing, managing, brokerage, and time sharing services relating to real estate.
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 043:  Hotels
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant claims ownership of U.S. Registration Number(s) 1796108, 1900162, 2074917, and others.

The applicant's current Attorney Information:
    Arnie Herz of Arnie Herz, Attorney at Law
    14 Vanderventer Ave., Ste 255
    Port Washington, New York 11050
    United States
The attorney docket/reference number is 2022.

The applicant's current Correspondence Information:
    Arnie Herz
    Arnie Herz, Attorney at Law
    14 Vanderventer Ave., Ste 255
    Port Washington, New York 11050
    516-767-0800(phone)
    arnie@arnieherz.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting

registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: //Arnieherz//   Date: 10/05/2012
Signatory's Name: Arnie Herz
Signatory's Position: Attorney of Record, NY BAR
RAM Sale Number: 4480
RAM Accounting Date: 10/09/2012

Serial Number: 85747216
Internet Transmission Date: Fri Oct 05 17:10:57 EDT 2012
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XXX-20121005171057
899524-85747216-490c582f897639da1e614758
6419f7ca6f-CC-4480-20121005152746414720



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77604732**
**Filing Date: 10/31/2008**

*NOTE: Data fields with the* * *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | EQUINOX |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | EQUINOX |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Hotels |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |

| | |
|---|---|
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Arnie Herz |
| **ATTORNEY DOCKET NUMBER** | 2022.01 |
| **FIRM NAME** | Arnie Herz, Attorney at Law |
| **STREET** | 14 Vanderventer Ave., Ste. 255 |
| **CITY** | Port Washington |
| **STATE** | New York |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 11050 |
| **PHONE** | 516-767-0800 |
| **FAX** | 516-706-1416 |
| **EMAIL ADDRESS** | arnie@arnieherz.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Arnie Herz |
| **FIRM NAME** | Arnie Herz, Attorney at Law |
| *STREET | 14 Vanderventer Ave., Ste. 255 |
| *CITY | Port Washington |
| *STATE<br>(Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 11050 |
| **PHONE** | 516-767-0800 |
| **FAX** | 516-706-1416 |
| *EMAIL ADDRESS | arnie@arnieherz.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | //Arnie Herz// |
| * SIGNATORY'S NAME | Arnie Herz |

| | |
|---|---|
| * **SIGNATORY'S POSITION** | Attorney of Record |
| * **DATE SIGNED** | 10/31/2008 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77604732**
**Filing Date: 10/31/2008**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX (Standard Characters, see mark)
The literal element of the mark consists of EQUINOX.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of
   895 Broadway
   New York, New York 10003
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 043:  Hotels
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Arnie Herz of Arnie Herz, Attorney at Law
   14 Vanderventer Ave., Ste. 255
   Port Washington, New York 11050
   United States
to submit this application on behalf of the applicant. The attorney docket/reference number is 2022.01.
Correspondence Information: Arnie Herz
          14 Vanderventer Ave., Ste. 255
          Port Washington, New York 11050
          516-767-0800(phone)
          516-706-1416(fax)
          arnie@arnieherz.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: //Arnie Herz//   Date Signed: 10/31/2008
Signatory's Name: Arnie Herz
Signatory's Position: Attorney of Record

RAM Sale Number: 15830
RAM Accounting Date: 10/31/2008

Serial Number: 77604732
Internet Transmission Date: Fri Oct 31 08:52:07 EDT 2008
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20081031085207125
710-77604732-400999847e53c5616ef10d39e8c
4771da31-CC-15830-20081031084631152633

# EQUINOX

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77429061**
**Filing Date: 03/23/2008**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77429061 |
| **MARK INFORMATION** | |
| *MARK | FITNESS LIFESTYLE BY EQUINOX |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | FITNESS LIFESTYLE BY EQUINOX |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Providing fitness services to individuals at hotels, resorts, spas and other locations |
| FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 044 |
| *IDENTIFICATION | Providing spa services to individuals at hotels, resorts, spas and other locations |
| FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 045 |
| | Concierge services for others comprising of making reservations and bookings for others for physical fitness and |

| | |
|---|---|
| **\*IDENTIFICATION** | <span style="color:red">beauty treatments at hotels, resorts, spas and other locations; Concierge services for others comprising making requested personal arrangements and reservations, and providing customer-specific information to meet individual needs rendered together in an apartment complex, business conference, destination spa, hotel, resort, place of residence, and other locations</span> |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Arnie Herz |
| **ATTORNEY DOCKET NUMBER** | 2022.01 |
| **FIRM NAME** | Arnie Herz, Atty at Law |
| **STREET** | 14 Vanderventer Ave., Ste. 255 |
| **CITY** | Port Washington |
| **STATE** | New York |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 11050 |
| **PHONE** | 516-767-0800 |
| **EMAIL ADDRESS** | arnie@arnieherz.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Arnie Herz |
| **FIRM NAME** | Arnie Herz, Atty at Law |
| **STREET** | 14 Vanderventer Ave., Ste. 255 |
| **CITY** | Port Washington |
| **STATE** | New York |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 11050 |
| **PHONE** | 516-767-0800 |
| **EMAIL ADDRESS** | arnie@arnieherz.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 3 |
| **FEE PER CLASS** | 325 |
| **\*TOTAL FEE DUE** | 975 |
| **\*TOTAL FEE PAID** | 325 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | //Arnie Herz// |
| **SIGNATORY'S NAME** | Arnie Herz |
| **SIGNATORY'S POSITION** | Attorney of Record |

| DATE SIGNED | 03/23/2008 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77429061**
**Filing Date: 03/23/2008**

## To the Commissioner for Trademarks:

**MARK:** FITNESS LIFESTYLE BY EQUINOX (Standard Characters, see mark)
The literal element of the mark consists of FITNESS LIFESTYLE BY EQUINOX.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of
   895 Broadway
   New York, New York 10003
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

   International Class 041:  Providing fitness services to individuals at hotels, resorts, spas and other locations
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 044:  Providing spa services to individuals at hotels, resorts, spas and other locations
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 045:  Concierge services for others comprising of making reservations and bookings for others for physical fitness and beauty treatments at hotels, resorts, spas and other locations; Concierge services for others comprising making requested personal arrangements and reservations, and providing customer-specific information to meet individual needs rendered together in an apartment complex, business conference, destination spa, hotel, resort, place of residence, and other locations
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Arnie Herz of Arnie Herz, Atty at Law
   14 Vanderventer Ave., Ste. 255
   Port Washington, New York 11050
   United States
to submit this application on behalf of the applicant. The attorney docket/reference number is 2022.01.
Correspondence Information: Arnie Herz
           14 Vanderventer Ave., Ste. 255
           Port Washington, New York 11050
           516-767-0800(phone)
           arnie@arnieherz.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all

statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: //Arnie Herz//   Date Signed: 03/23/2008
Signatory's Name: Arnie Herz
Signatory's Position: Attorney of Record


RAM Sale Number: 3614
RAM Accounting Date: 03/24/2008

Serial Number: 77429061
Internet Transmission Date: Sun Mar 23 14:19:23 EDT 2008
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2008032314192303
5543-77429061-400f92cf64f7819cc1af2431f8
86173d68e-CC-3614-20080323141728414928

# FITNESS LIFESTYLE BY EQUINOX

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77189312**
**Filing Date: 05/24/2007**

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77189312 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT13\771\893 \77189312\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | EQUINOX |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | black and white |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of oval that is half black and half white with the word EQUINOX written in black and white letters with an eliptical broken oval circle placed on an angle over the main oval. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 435 x 251 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 036 |
| DESCRIPTION | Leasing of real estate; Real estate brokerage; Real estate consultation; Real estate equity sharing, namely, managing and arranging for co-ownership of real estate; Real estate investment; Real estate management; Vacation real estate time-sharing |

| FILING BASIS | SECTION 1(b) |
|---|---|
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 043 |
| DESCRIPTION | Hotels |
| FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 2074971, 1796108, 1900162, and others. |
| **ATTORNEY INFORMATION** | |
| NAME | Arnie Herz |
| ATTORNEY DOCKET NUMBER | 2022.01 |
| FIRM NAME | Arnie Herz, Atty At Law |
| STREET | 14 Vanderventer Ave., Ste. 255 |
| CITY | Port Washington |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11050 |
| PHONE | 516-767-0800 |
| EMAIL ADDRESS | arnie@arnieherz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Arnie Herz |
| FIRM NAME | Arnie Herz, Atty At Law |
| STREET | 14 Vanderventer Ave., Ste. 255 |
| CITY | Port Washington |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11050 |
| PHONE | 516-767-0800 |
| EMAIL ADDRESS | arnie@arnieherz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | //Arnie Herz// |
| SIGNATORY'S NAME | Arnie Herz |

| SIGNATORY'S POSITION | Attorney of Record |
|---|---|
| DATE SIGNED | 05/24/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu May 24 12:31:19 EDT 2007 |
| TEAS STAMP | USPTO/BAS-XX.XX.XX.XXX-20 0705241231191 76278-771893 12-37023a644ae361df68dbbe ad5e2b7dbc8b1-CC-6925-200 70524122724330871 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77189312**
**Filing Date: 05/24/2007**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX (stylized and/or with design, see mark)

The literal element of the mark consists of EQUINOX. The applicant claims color as a feature of the mark, namely, black and white. The mark consists of oval that is half black and half white with the word EQUINOX written in black and white letters with an eliptical broken oval circle placed on an angle over the main oval.

The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of 895 Broadway, New York, New York, United States, 10003, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 036:  Leasing of real estate; Real estate brokerage; Real estate consultation; Real estate equity sharing, namely, managing and arranging for co-ownership of real estate; Real estate investment; Real estate management; Vacation real estate time-sharing
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 043:  Hotels
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant claims ownership of U.S. Registration Number(s) 2074971, 1796108, 1900162, and others.

The applicant hereby appoints Arnie Herz of Arnie Herz, Atty At Law, 14 Vanderventer Ave., Ste. 255, Port Washington, New York, United States, 11050 to submit this application on behalf of the applicant. The attorney docket/reference number is 2022.01.

Correspondence Information: Arnie Herz
                 14 Vanderventer Ave., Ste. 255
                 Port Washington, New York 11050
                 516-767-0800(phone)
                 arnie@arnieherz.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 2 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: //Arnie Herz//   Date Signed: 05/24/2007
Signatory's Name: Arnie Herz
Signatory's Position: Attorney of Record

RAM Sale Number: 6925
RAM Accounting Date: 05/24/2007

Serial Number: 77189312
Internet Transmission Date: Thu May 24 12:31:19 EDT 2007
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20070524123119176
278-77189312-37023a644ae361df68dbbead5e2
b7dbc8b1-CC-6925-20070524122724330871



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77189304**
**Filing Date: 05/24/2007**

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77189304 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT13\771\893 \77189304\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | EQUINOX |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | black and white |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of oval that is half black and half white with the word EQUINOX written in black and white letters with an eliptical broken oval circle placed on an angle over the main oval. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 435 x 251 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 10003 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 044 |
| DESCRIPTION | Nutrition counseling; Weight reduction diet planning and supervision; Health spa services, namely, cosmetic body care services; Providing assistance, fitness evaluation and consultation to corporate clients to help their employees make health, wellness and nutritional changes in their daily living to |

| | improve health |
|---|---|
| FILING BASIS | SECTION 1(b) |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 045 |
|---|---|
| DESCRIPTION | Concierge services for others comprising making requested personal arrangements and reservations and providing customer-specific information to meet individual needs rendered together in a business, hotel, office building, residential complex, home, online or otherwise |
| FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 2074971, 1796108, 1900162, and others. |
|---|---|

## ATTORNEY INFORMATION

| NAME | Arnie Herz |
|---|---|
| ATTORNEY DOCKET NUMBER | 2022.01 |
| FIRM NAME | Arnie Herz, Atty At Law |
| STREET | 14 Vanderventer Ave., Ste. 255 |
| CITY | Port Washington |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11050 |
| PHONE | 516-767-0800 |
| EMAIL ADDRESS | arnie@arnieherz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| NAME | Arnie Herz |
|---|---|
| FIRM NAME | Arnie Herz, Atty At Law |
| STREET | 14 Vanderventer Ave., Ste. 255 |
| CITY | Port Washington |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11050 |
| PHONE | 516-767-0800 |
| EMAIL ADDRESS | arnie@arnieherz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 2 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |

| SIGNATURE INFORMATION | |
|---|---|
| SIGNATURE | //Arnie Herz// |
| SIGNATORY'S NAME | Arnie Herz |
| SIGNATORY'S POSITION | Attorney of Record |
| DATE SIGNED | 05/24/2007 |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Thu May 24 12:25:08 EDT 2007 |
| TEAS STAMP | USPTO/BAS-XX.XX.XX.XXX-20 070524122508941732-771893 04-3704b13676fdb6b05d815c c1aa11952d1-CC-6886-20070 524122113353091 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77189304**
**Filing Date: 05/24/2007**

## To the Commissioner for Trademarks:

**MARK:** EQUINOX (stylized and/or with design, see mark)

The literal element of the mark consists of EQUINOX. The applicant claims color as a feature of the mark, namely, black and white. The mark consists of oval that is half black and half white with the word EQUINOX written in black and white letters with an eliptical broken oval circle placed on an angle over the main oval.

The applicant, Equinox Holdings, Inc., a corporation of Delaware, having an address of 895 Broadway, New York, New York, United States, 10003, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 044:  Nutrition counseling; Weight reduction diet planning and supervision; Health spa services, namely, cosmetic body care services; Providing assistance, fitness evaluation and consultation to corporate clients to help their employees make health, wellness and nutritional changes in their daily living to improve health

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 045:  Concierge services for others comprising making requested personal arrangements and reservations and providing customer-specific information to meet individual needs rendered together in a business, hotel, office building, residential complex, home, online or otherwise

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant claims ownership of U.S. Registration Number(s) 2074971, 1796108, 1900162, and others.

The applicant hereby appoints Arnie Herz of Arnie Herz, Atty At Law, 14 Vanderventer Ave., Ste. 255, Port Washington, New York, United States, 11050 to submit this application on behalf of the applicant. The attorney docket/reference number is 2022.01.

Correspondence Information: Arnie Herz
14 Vanderventer Ave., Ste. 255
Port Washington, New York 11050
516-767-0800(phone)
arnie@arnieherz.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: //Arnie Herz//   Date Signed: 05/24/2007
Signatory's Name: Arnie Herz
Signatory's Position: Attorney of Record

RAM Sale Number: 6886
RAM Accounting Date: 05/24/2007

Serial Number: 77189304
Internet Transmission Date: Thu May 24 12:25:08 EDT 2007
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20070524122508941
732-77189304-3704b13676fdb6b05d815cc1aa1
1952d1-CC-6886-20070524122113353091



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77138258**
**Filing Date: 03/22/2007**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [EQUINOX](EQUINOX) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | EQUINOX |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Equinox Holdings, Inc. |
| *STREET | 895 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 10003 |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 043 |
| *DESCRIPTION | Hotels |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |

| | |
|---|---|
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Arnie Herz |
| ATTORNEY DOCKET NUMBER | 2022.01 |
| FIRM NAME | Arnie Herz, Attorney At Law |
| STREET | 14 Vanderventer Ave., Ste. 255 |
| INTERNAL ADDRESS | Port Washington, |
| CITY | NY |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11050 |
| PHONE | 516-767-0800 |
| EMAIL ADDRESS | arnie@arnieherz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Arnie Herz |
| FIRM NAME | Arnie Herz, Attorney At Law |
| *STREET | 14 Vanderventer Ave., Ste. 255 |
| * CITY | Port Washington, |
| * STATE<br>(Required for U.S. applicants) | New York |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE<br>(Required for U.S. applicants only) | 11050 |
| PHONE | 516-767-0800 |
| FAX | 516-706-1416 |
| * EMAIL ADDRESS | arnie@arnieherz.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | //Arnie Herz// |

| * SIGNATORY'S NAME | Arnie Herz |
|---|---|
| SIGNATORY'S POSITION | Attorney |
| * DATE SIGNED | 03/22/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Mar 22 19:50:31 EDT 2007 |
| TEAS STAMP | USPTO/FTK-XX.XX.XXX.XXX-2<br>0070322195031117916-77138<br>258-3704fa1981a27577849ca<br>8c4c6424f33e-CC-909-20070<br>322194315422662 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 77138258**
**Filing Date: 03/22/2007**

To the Commissioner for Trademarks:
Correspondence Information: Arnie Herz

       14 Vanderventer Ave., Ste. 255

       Port Washington,, New York 11050

       516-767-0800(phone)

       516-706-1416(fax)

       arnie@arnieherz.com (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: //Arnie Herz//   Date: 03/22/2007
Signatory's Name: Arnie Herz
Signatory's Position: Attorney

RAM Sale Number: 909
RAM Accounting Date: 03/23/2007

Serial Number: 77138258
Internet Transmission Date: Thu Mar 22 19:50:31 EDT 2007
TEAS Stamp: USPTO/FTK-XX.XX.XXX.XXX-2007032219503111
7916-77138258-3704fa1981a27577849ca8c4c6
424f33e-CC-909-20070322194315422662

# EQUINOX