1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINOX HOTEL MANAGEMENT INC., <br> Plaintiff, <br> v. <br> EQUINOX HOLDINGS INC., <br> Defendant. | Case No. 17-cv-06393-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO MAGISTRATE JUDGE RYU FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY : | April 6, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | April 12, 2018 |
| DISCLOSURE OF EXPERT REPORTS: <br> ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: April 12, 2018 <br> Rebuttal: May 2, 2018 |
| EXPERT DISCOVERY CUTOFF: | May 16, 2018 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, May 25, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 1, 2018 |
| PRETRIAL CONFERENCE: | Friday, June 15, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, July 9, 2018 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, May 25, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting

United States District Court
Northern District of California

Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 7, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge